## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

IN RE ADMINISTRATIVE WARRANT OF:    )
                                           )

    **19571 Whitfield Rd.**                      )      Case No. 22-sw-634
    **Sedalia, MO 65301**                     )
                                           )      **SEALED**

    **Under the custody or control of**     )
    **Tyson Foods, Inc.**                    )

I hereby certify that a copy of the within warrant was duly served on the company named hereon on:

                      _Jose Ramirez_      (person)
                      _19571 Whitfield RD_    (address)
                      _Sedalia MO 65301_

### RETURN

Inspection of the establishment described in the warrant was made on _10/13/22_ , (date).

                      _Susan M Lg_    (Signature)
                      _Susan M. Lang_    (Print
          Wage and Hour Investigator
          Wage and Hour Division
          United States Department of Labor

Case 4:22-sw-00634-JAM   Document 3   Filed 10/24/22   Page 1 of 3

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

IN RE ADMINISTRATIVE WARRANT OF: )
                                     )

    19571 Whitfield Rd.              )     Case No. 22-sw-634
    Sedalia, MO 65301            )
                                       )     **SEALED**

    **Under the custody or control of**   )
    **Tyson Foods, Inc.**                  )

I hereby certify that a copy of the within warrant was duly served on the company named hereon on:

Emmett Daniels _____ (person) *Division Manager*
19571 Whitfield Rd _____ (address) *of Operations*
Sedalia, MO 65301 _____

## RETURN

Inspection of the establishment described in the warrant was made
on __10/13/2022__ , (date).

Cassi St _____ (Signature)

Cassandra Stoner _____ (Print
Wage and Hour Investigator
Wage and Hour Division
United States Department of Labor

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

IN RE ADMINISTRATIVE WARRANT OF: )
)
    19571 Whitfield Rd. )    Case No. 22-sw-634
    Sedalia, MO 65301 )
)    **SEALED**
)
    Under the custody or control of )
    Tyson Foods, Inc. )

I hereby certify that a copy of the within warrant was duly served on the company named hereon on:

_Brian Sadler_ (person)
_19571 Whitfield Rd_ (address)
_Sedalia, MO 65301_

## RETURN

Inspection of the establishment described in the warrant was made on ____10/13/22____, (date).

_____ (Signature)
_Susan M. Lane_ (Print
Wage and Hour Investigator
Wage and Hour Division
United States Department of Labor